IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01710-LTB-BNB

MONROE JOHNSON,

Plaintiff,

v.

STAFF CO AGUIRRE, Box 6000, 12101 Hwy 61, Sterling, CO 80751
STAFF LT. GLISSMAN, Box 6000, 12101 Hwy 61, Sterling, CO 80751, and
MEDICAL NP RITTENHOUSE, Box 6000, 12101 Hwy 61, Sterling, CO 80751,

Defendants.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

This matter is before me on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. §1915. The Court has granted plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. §1915 and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 3 0 2007

GREGORY C. LANGHAM
CLERK

Dated November 29, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01710-LTB-BNB

Monroe Johnson
Prisoner No. 76455
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

CO Aguirre, Lt. Glissman,
and NP Rittenhouse - **WAIVER \***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on CO Aguirre, Lt. Glissman, and NP Rittenhouse; and to John Suthers: AMENDED COMPLAINT FILED 10/16/07, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 11/30/07.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk