**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01710-LTB-KMT

MONROE JOHNSON,

    Plaintiff,

v.

STAFF CO AGUIRRE, Box 6000, 12101 Hwy 61, Sterling, CO 80751,
STAFF LT. GLISSMAN, Box 6000, 12101 Hwy 61, Sterling, Co 80751, and
MEDICAL NP RITTENHOUSE, Box 6000, 12101 Hwy 61, Sterling, Co 80751,

    Defendants.

---

**ORDER**

---

This case is before me on the recommendation of the Magistrate Judge issued and served on January 23, 2009 (Doc 60). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

    ORDERED that the recommendation is accepted and this action is DISMISSED.

                  BY THE COURT:

                    s/Lewis T. Babcock
                    Lewis T. Babcock, Judge

DATED: February 17, 2009